J. Andrew Coombs (SBN 123881)
Nicole L. Drey (SBN 250235)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

andy@coombspc.com
nicole@coombspc.com

Attorneys for Plaintiff,
Symantec Corporation

E-FILING

ADR

ORIGINAL FILED
MAY 12 2008
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Symantec Corporation, | ) Case No. C08 02431 EMC |
| Plaintiff, | ) |
| v. | ) NOTICE OF INTERESTED PARTIES |
| Luis Chang and Does 1 – 10, inclusive, | ) CIVIL LOCAL RULE 3-16(c)(1) |
| Defendants. | ) |

Pursuant to Civil Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 8, 2008

J. Andrew Coombs, A Professional Corp.

By: [signature]
J. Andrew Coombs
Nicole L. Drey
Attorneys for Plaintiff Symantec Corporation

