1  J. Andrew Coombs (SBN 123881)
2  Nicole L. Drey (SBN 250235)
   J. Andrew Coombs, A Prof. Corp.
3  517 East Wilson Avenue, Suite 202
   Glendale, California 91206
4  Telephone: (818) 500-3200
   Facsimile:  (818) 500-3201

5  andy@coombspc.com
   nicole@coombspc.com
6
   Attorneys for Plaintiff,
7  Symantec Corporation

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10
    Symantec Corporation,                )  Case No. C08-02431 EMC
11                                       )
                      Plaintiff,         )  PLAINTIFF'S DECLINATION TO
12                                       )  PROCEED BEFORE MAGISTRATE
        v.                               )  JUDGE AND REQUEST FOR
13                                       )  REASSIGNMENT TO A UNITED
    Luis Chang and Does 1 – 10, inclusive,)  STATES DISTRICT JUDGE
14                                       )
                      Defendants.        )
15                                       )

16    **REQUEST FOR ASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

17      The undersigned party hereby declines to consent to the assignment of this case to a United

18  States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case

19  to a United States District Judge.

20
    Dated: May 8, 2008                      J. Andrew Coombs, A Professional Corp.
21

22                                          By: /s/ Nicole L. Drey
                                                J. Andrew Coombs
23                                              Nicole L. Drey
                                            Attorneys for Plaintiff Symantec Corporation
24

25

26

27

28

    Symantec v. Chang: Declination to Proceed Before Magistrate    - 1 -