**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**June 5, 2008**

**CASE NUMBER:  CV 08-02431 EMC**
**CASE TITLE:  SYMANTEC CORPORATION-v-LISA CHANG, ET AL.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW (PVT)**

immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 6/5/08

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                Special Projects
Log Book Noted                               Entered in Computer 6/5/08ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                      Transferor CSA