**United States District Court**
For the Northern District of California

1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7  SYMANTEC CORPORATION,                        No. C 08-02431 JW
8         Plaintiff(s),
                                                CLERK'S NOTICE SETTING CASE
9      v.                                       MANAGEMENT CONFERENCE
10  LUIS CHANG, et al
11         Defendant(s).
12  _____/
13
   TO ALL PARTIES AND COUNSEL OF RECORD:
14
15
   YOU ARE NOTIFIED THAT due to recent case reassignment a case management conference has
16
   been set before Judge James Ware **on August 25, 2008 at 10:00 AM in** Courtroom 8, 4th Floor, 280
17
   S. 1st Street, San Jose, California. The parties are to file a joint case management conference
18
   statement by **August 15, 2008.**
19
   Dated: June 10, 2008
20                                              FOR THE COURT,
                                                Richard W. Wieking, Clerk
21
22
                                                by:    ____/s/____
23                                                     Elizabeth Garcia
                                                       Courtroom Deputy
24
25
26
27
28