1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Nicole L. Drey (SBN 250235)
   *nicole@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:   (818) 500-3200
5  Facsimile:   (818) 500-3201

6  Attorneys for Plaintiff
   Symantec Corporation
7

8
                   UNITED STATES DISTRICT COURT
9
          NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)
10

11 Symantec Corporation,              )   Case No. C08-2431 JW
                                      )
12                Plaintiff,          )   REQUEST TO CONTINUE CASE
      v.                              )   MANAGEMENT CONFERENCE
13                                    )
   Luis Chang and Does 1 through 10,  )
14 inclusive,                         )
                                      )
15                Defendants.         )
                                      )
                                      )

16

17     PLAINTIFF Symantec Corporation ("Symantec" or "Plaintiff") by and through its counsel

18 of record, Nicole L. Drey, of J. Andrew Coombs, A P.C., hereby requests as follows:

19     WHEREAS the Court set the Scheduling Conference in the above-captioned matter on

20 August 25, 2008, at 10:00 a.m.;

21     WHEREAS Plaintiff has been unable to locate Defendant in order to properly serve

22 Defendant;

23     WHEREAS Plaintiff is currently preparing an ex parte application for expedited discovery

24 to be filed with the court within the next two weeks;

25     WHEREAS there have been no prior continuances requested by the Parties; and

26

27

28

Symantec v. Chang: Request to Cont. CMC        - 1 -

1
2       NOW, THEREFORE, Plaintiff requests that the Case Management Conference in the above
3  captioned matter be continued until November 17, 2008, or a date thereafter acceptable to the
4  Court.
5  Dated: August 14, 2008                    J. Andrew Coombs, A Professional Corp.
6
7                                             By: /s/ Nicole L. Drey
                                                  J. Andrew Coombs
8                                                 Nicole L. Drey
                                              Attorneys for Plaintiff Symantec Corporation
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Symantec v. Chang: Request to Cont. CMC                - 2 -

J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:    (818) 500-3200
Facsimile:    (818) 500-3201

Attorneys for Plaintiff
Symantec Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

| Symantec Corporation, | ) | Case No. C08-2431 JW |
|---|---|---|
| Plaintiff, | ) ) ) | [PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE |
| v. | ) ) | |
| Luis Chang and Does 1 through 10, inclusive, | ) ) | |
| Defendants. | ) ) ) | |

On or about June 10, 2008, the Court set a Case Management Conference on August 25, 2008 at 10:00 a.m.

Plaintiff thereafter filed its request to continue the Case Management Conference to allow sufficient time to prepare and file an ex parte application for expedited discovery and properly serve defendant.

/ / /

/ / /

/ / /

/ / /

/ / /

Symantec v. Chang: Proposed Order         - 1 -

1  In light of the request, the Case Management Conference currently on calendar for August
2  25, 2008 at 10:00 a.m., is continued until _____, at _____.

IT IS SO ORDERED:

Dated:

_____
Hon. James Ware
United States District Judge, Northern District of California

PRESENTED BY:

J. Andrew Coombs, A Professional Corp.

By: *Nicole L Drey*
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiff Symantec Corporation