1  J. Andrew Coombs (SBN 123881)
   andy@coombspc.com
2  Nicole L. Drey (SBN 250235)
   nicole@coombspc.com
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:    (818) 500-3200
5  Facsimile:    (818) 500-3201

6  Attorneys for Plaintiff
7  Symantec Corporation

**IT IS SO ORDERED AS MODIFIED**
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

| | |
|---|---|
| Symantec Corporation,<br><br>            Plaintiff,<br>   v.<br><br>Luis Chang and Does 1 through 10, inclusive,<br><br>            Defendants. | Case No. C08-2431 JW<br><br>[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE |

   This case was filed on May 12, 2008. Under Rule 4(m) Fed. R. Civ. P. the deadline for service of the Summons and Complaint on Defendant is September 9, 2008. Thus, Plaintiff must file a motion to request for an extension of time for service if Plaintiff believes that with its good faith efforts, it still may not be able to serve Defendant by **September 9, 2008**. Accordingly, the Court grants a brief continuance of the Initial Case Management Conference from August 25, 2008 to **October 6, 2008 at 10 a.m.** On or before **September 26, 2008**, the parties shall file a Joint Case Management Statement. The Statement shall set forth a good faith discovery plan, including a proposed date for the close of all discovery.

Dated:  August 19, 2008

_____
JAMES WARE
United States District Judge