IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Symantec Corp., | NO. C 08-2431 JW |
|       Plaintiff, | **JUDGMENT AND PERMANENT INJUNCTION** |
|   v. | |
| Luis Chang, | |
|       Defendant. | |

Pursuant to the Court's June 5, 2009 Order Granting Plaintiff's Motion for Entry of Default Judgment, judgment is entered in favor of Plaintiff Symantec Corporation against Defendant Luis Chang.

Judgment is entered against Defendants for statutory damages in the sum of $250,000 pursuant to 15 U.S.C. § 1117.  Defendant is ordered to pay interest on the principal amount of the judgment to Plaintiff at the statutory rate pursuant to 28 U.S.C. § 1961(a).  Defendant and his agents, servants, employees and all persons in active concert and participation with him who receive actual notice of the injunction are hereby restrained and enjoined from:

    (1)    Infringing Plaintiff's Trademarks, either directly or contributorily,  in any manner, including generally, but not limited to, reproduction, manufacture, importation, distribution, advertising, selling and/or offering for sale any merchandise which infringes Plaintiff's Trademarks, and specifically:

    (2)    Importing, manufacturing, distributing, advertising, selling and/or offering for sale the Counterfeit Product or any other unauthorized products that picture, reproduce,

|   |   |   |
|---|---|---|
|   |     | copy or use the likenesses of or bear a substantial similarity to any of Plaintiff's Trademarks; |
|   | (3) | Importing, manufacturing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers that picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of Plaintiff's Trademarks; |
|   | (4) | Engaging in any conduct that tends to falsely represent, or is likely to confuse, mislead or deceive purchasers, Defendant's customers and/or members of the public to believe the actions of Defendant, the products sold by Defendant, or the Defendant himself is connected with Plaintiff, are sponsored, approved or licensed by Plaintiff, or is in some way affiliated with Plaintiff; |
|   | (5) | Affixing applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiff |

Defendant is ordered to deliver for destruction all Counterfeit Products, and any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiff's Trademarks and any labels, signs, prints, packages, dyes, wrappers, receptacles and advertisements relating thereto in their possession or under their control bearing any of Plaintiff's Trademarks or any simulation, reproduction, counterfeit, copy or colorable imitations thereof, and all plates, molds, heat transfers, screens, matrices and other means of making the same.

The Clerk shall close this file.

Dated: June 5, 2009

JAMES WARE
United States District Judge

2

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  J. Andrew Coombs  andy@coombspc.com
   Nicole L. Drey nicole@coombspc.com

3

4  Luis Chang
   19223 E. Colima Road #970
   Rowland Heights, CA 91748

5

6  **Dated: March 30, 2009**                               **Richard W. Wieking, Clerk**

7

8                                                          **By:   /s/ JW Chambers**
                                                                **Elizabeth Garcia**
                                                                **Courtroom Deputy**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28